# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

LENWOOD C. AUSTIN,        *

Plaintiff       *

v       *      Civil Action No. ELH-18-2225

DR. MASON DUNHAM,       *

Defendant       *

      ***

## MEMORANDUM

The above-captioned case was opened on July 20, 2018, upon receipt of Lenwood Austin's Complaint and Motion for Leave to Proceed in Forma Pauperis. ECF 1; ECF 1-1; ECF 2. The Complaint alleged that Dr. Mason Dunham of Sinai Hospital in Baltimore used an excessive amount of opioids and benzodiazepines during Austin's open-heart surgery in May 2017, causing Austin to suffer permanent damage in the form of "restricted lung disease." ECF 1 at 2; ECF 1-1 at 3.

In its July 30, 2018 Memorandum (ECF 3), the court explained that Austin failed to demonstrate that the court had subject matter jurisdiction with regard to this case. *Id.* at 1-2. Further, the court stated that, although there was some suggestion that Austin might be trying to pursue a civil rights action under 42 U.S.C. § 1983, he had not made the necessary allegation that Dunham was acting under color of state law. *Id.* at 2-3. Therefore, the court granted Austin 28 days to file an Amended Complaint curing the deficiency. ECF 4.

Austin timely submitted an Amended Complaint (ECF 6; ECF 6-2). However the Amended Complaint fails to correct the jurisdictional problem. In his enclosed Civil Cover Sheet, Austin indicates that the basis of the court's jurisdiction is that both the plaintiff and defendant are the U.S. Government (ECF 6-1), but plainly neither of these facts is true. Further,

Austin notes that both he and Dunham are both citizens of Maryland and that the nature of the suit is "Personal Injury – Medical Malpractice." ECF 6-1.

Medical malpractice is a state law claim, rather than one arising under federal law. Because Austin has not established federal subject matter jurisdiction based on either a federal question or diversity of citizenship of the parties, this action must be dismissed. The court will also deny the Motion for Leave to Proceed in Forma Pauperis.

The court notes that Austin is free to bring his medical malpractice claim in state court, although he must be sure to comply with any applicable state laws. *See, e.g.*, Md. Code § 3-2A-01 *et seq.* of the Courts and Judicial Proceedings Article (detailing procedural requirements particular to medical malpractice claims).

A separate Order follows.

August 24, 2018                 /s/
Date                 Ellen L. Hollander
                United States District Judge